DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NYC EQUITIES, LLC,**
Appellant,

v.

**IRMAOS COELHO INVESTMENT, LLC,** et al.,
Appellees.

No. 4D2023-2517

[May 2, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE 21-3074.

M. Gabriela Palacios of The Palacios Law Firm PLLC, Coral Gables, for appellant.

Sebastian Ohanian of Law Office of Sebastian Ohanian, LLC, Coral Gables, for appellee Irmaos Coelho Investment, LLC.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***